**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| GENERAL VIDEO, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>DELL INC. and DELL TECHNOLOGIES INC.,<br><br>        Defendants. | Civil Action No.  1:24-CV-01530-ADA<br><br>JURY TRIAL DEMANDED |

**<u>UNOPPOSED MOTION FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDER</u>**

Plaintiff General Video, LLC respectfully submits, for the Court's consideration, the attached proposed Supplemental Protective Order to which a certain third-party has agreed for its production of documents and information in response to General Video's subpoena dated February 1, 2026. General Video respectfully requests that the Court approve and enter the attached. Defendants Dell Inc. and Dell Technologies Inc. do not oppose this motion.

Dated: April 20, 2026

Respectfully submitted,

/s/ *Peter J. McAndrews*

Geoff Culbertson
gpc@texarkanalaw.com
Kelly Tidwell
kbt@texarkanalaw.com
PATTON, TIDWELL & CULBERTSON, LLP
2800 Texas Boulevard (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

Peter J. McAndrews
pmcandrews@mcandrews-ip.com
Matthew G. McAndrews
mmcandrews@mcandrews-ip.com
Rajendra A. Chiplunkar
rchiplunkar@mcandrews-ip.com
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

*Attorneys for Plaintiff,*
GENERAL VIDEO, LLC

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

> */s/ Peter J. McAndrews*
> Peter J. McAndrews

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with Mark Speegle, counsel for Defendants, about the relief sought in this Motion. Mr. Speegle represented that Defendants do not oppose this Motion.

> */s/ Peter J. McAndrews*
> Peter J. McAndrews